DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| JOHN DIEFENBACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 16-39 |
| v. ) | |
| ) | |
| M/V EAGLE RAY, UNDERWATER SAFARIS, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

ATTORNEYS:

**Ryan C. Meade**
**Claire Tagini**
Quintairo, Prieto, Wood & Boyer, P.A.
Miami, FL.
    *For John Diefenbach,*

**Gaylin Vogel**
Law Office of Kevin F. D'Amour, PC
St. Thomas, VI
    *For the defendants.*

<u>MEMORANDUM OPINION</u>

**GÓMEZ, J.**

Before the Court is the motion of Underwater Safaris, Inc.

and the M/V Eagle Ray to dismiss this matter. For the reasons

stated in the memorandum opinion of same date, it is hereby

    **ORDERED** that the motion to dismiss is hereby **GRANTED**; it is

further

**ORDERED** that the trial setting in this matter is **VACATED;** it is further

**ORDERED** that all pending motions in this case are **MOOT;** it is further

**ORDERED** that this case is **DISMISSED;** and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S_____

**Curtis V. Gómez**
**District Judge**